People v Scarbrough (2025 NY Slip Op 05427)

People v Scarbrough

2025 NY Slip Op 05427

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, OGDEN, AND GREENWOOD, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (711/18) KA 16-02262 AND KA 16-02264.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
LESTER SCARBROUGH, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.